UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE LUIS LANDAVERDE ARDON,

     Petitioner,

v.                                                                                       Case No: 6:26-cv-313-JSS-LHP

JOHN MINA, LOUIS A. QUINONES,
JR., TODD LYONS, KRISTI NOEM,
PAMELA BONDI, GARRETT RIPA,
U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT and
DEPARTMENT OF HOMELAND
SECURITY,

     Respondents.
_____/

**<u>ORDER</u>**

Petitioner, Jose Luis Landaverde Ardon, initiated this case by filing a petition

for writ of habeas corpus under 28 U.S.C. § 2241.  (Dkt. 1.)  Petitioner is currently

seeking lawful permanent resident status.  (*Id.* at 5–6.)  According to the petition, he is

being detained at the Orange County Jail "without any pending or current criminal

charges, warrants of any kind, or sentence to be served."  (*Id.* at 2.)  Petitioner

maintains that his continued detention violates the Fourth Amendment's prohibition

of unreasonable searches and seizures, as well as the Fifth Amendment's guarantee of

due process of law.  (*See id*. at 8–10.)  Petitioner seeks the following relief: (1) a writ of

habeas corpus directing his immediate release, (2) preliminary injunctive relief

prohibiting Respondents from transferring him pending the resolution of this case, (3)

preliminary and permanent injunctive relief enjoining Petitioner's continued detention, and (4) a declaration that Petitioner's detention based solely on an ICE detainer is unlawful. (*Id.* at 9–10.)

Accordingly:

1. The Clerk is **DIRECTED** to send a copy of this order, the petition (Dkt. 1), and all attachments to the petition **electronically** to the United States Attorney for the Middle District of Florida and by **certified mail** to (1) Kristi Noem, Secretary, Office of the General Counsel, United States Department of Homeland Security, 2707 Martin Luther King, Jr. Ave, SE, Washington, D.C., 20528-0485; (2) Garrett Ripa, Miami Field Office Director, United States Immigration and Customs Enforcement, 865 SW 78th Avenue, Suite 101, Plantation, Florida, 33324; and (3) the Warden of the Orange County Jail. All costs of service shall be advanced by the United States.

2. On or before February 19, 2026, Respondents shall respond to all allegations, grounds, and arguments asserted in the petition and show cause why the petition should not be granted.

3. The court will consider this matter at a hearing to be set by separate notice.

- 3 -

**ORDERED** in Orlando, Florida, on February 9, 2026.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Office of the United States Attorney
400 W. Washington Street
Suite 3100
Orlando, Florida 32801

Kristi Noem, Secretary,
Office of the General Counsel,
United States Department of Homeland Security
2707 Martin Luther King, Jr. Ave, SE
Washington, D.C., 20528

Garrett Ripa, Miami Field Office Director,
United States Immigration and Customs Enforcement
865 SW 78th Avenue
Suite 101
Plantation, Florida 33324

USAFLM.Orlando2241@usdoj.gov